

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PGS
F. #2016R01021

*610 Federal Plaza*
*Central Islip, New York 11722*

January 21, 2022

<u>By Federal Express and ECF</u>

Counsel for All Defendants
c/o Angela L Campbell, Esq.
Dickey, Campbell, Sahag Law Firm, PLC
301 East Walnut Street, Suite 1
Des Moines, Iowa  50309

   Re: <u>United States v. Contreras, et al.</u>
     <u>Criminal Docket No. 16-403 (S-7) (GRB)</u>

Dear Counsel:

  Enclosed please find a USB card containing supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The discovery is encrypted and may be accessed using the password: **Contreras16-403**.  All of the discovery listed herein is subject to the Protective Order signed by the Honorable Joseph F. Bianco, United States Circuit Judge, on April 10, 2017.  The government reiterates its request for reciprocal discovery from the defendants.

I.  <u>The Government's Supplemental Discovery</u>

  A. <u>Documents and Tangible Objects</u>

- 911 calls related to the July 18, 2016 non-fatal shooting and machete attack on Apple Street in Brentwood (the "Apple Street Assault"), Bates-numbered 00016167-00016169;

- Event Detail Reports in connection with the Apple Street Assault, Bates-numbered 00016170-00016177;

- Complete copy of notebook recovered from 1619 Spur Drive, Central Islip, Bates-numbered 00016178-00016252;[1]

---

[1] Selected pages from this notebook were previously turned over and Bates-numbered 00013615-00013621.

- 911 calls related to the September 12, 2016, arson on Freeman Avenue in Brentwood, Bates-numbered 00016253-00016257;

- Event Detail Reports in connection with the Freeman Avenue arson, Bates-numbered 00016258-00016263; and

- Suffolk County Crime Lab Firearms Report related to the August 10, 2016 shooting on Lukens Avenue in Brentwood, Bates-numbered 00016264.

Please do not hesitate to contact the undersigned with any questions or concerns.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Paul G. Scotti
John J. Durham
Paul G. Scotti
Justina L. Geraci
Megan E. Farrell
Assistant U.S. Attorneys
(631) 715-7851/7836/7835/7862

Enclosures

cc:   Clerk of the Court (GRB) (by ECF) (without enclosures)